LOUISA BONO, ET AL., PLAINTIFFS-RESPONDENTS, v. WILLIAM E. MELLOR, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 5 *N. J. Super.* 167.

*Mr. William George* for the petitioners.

*Messrs. Markley & Broadhurst, Mr. Edward A. Markley* and *Mr. James B. Emory,* for the respondents.

February 14, 1950. Denied.

IRVING GORELICK, PETITIONER-RESPONDENT, v. PARAMOUNT SLIPPER CO., INC., RESPONDENT-PETITIONER.

See same case below: 5 *N. J. Super.* 406.

*Mr. Henry M. Grosman* and *Mr. Isidor Kalisch,* for the petitioner.

*Messrs. Marcus & Levy* and *Mr. Isadore Rosenbloom,* for the respondent.

February 14, 1950. Denied.